EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 991-340

**Effective date of registration:**

July 13, 2009

---

## Title

**Title of Work:** Untitled Collection

## Completion/Publication

**Year of Completion:** 2008

## Author

■ **Author:** Paolo Pizzetti

**Author Created:** photography

**Citizen of:** Italy

**Year Born:** 1969

## Copyright claimant

**Copyright Claimant:** Paolo Pizzetti

Via Argelati 35, Milan, 20143, Italy

## Rights and Permissions

**Name:** Paolo Pizzetti

**Email:** paolo@studionap.com          **Telephone:** 39348-286-3970

**Address:** Via Argelati 35

Milan, 20143 Italy

## Certification

**Name:** Raymond J. Dowd

**Date:** July 8, 2009

EXHIBIT 2





EXHIBIT 3

Case 1:09-cv-07696-HB   Document 1-2   Filed 09/04/09   Page 7 of 42

# NYS Department of State

## Division of Corporations

### Entity Information

---

Selected Entity Name: LEIBOVITZ STUDIO, INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | LEIBOVITZ STUDIO, INC. |
| **Initial DOS Filing Date:** | DECEMBER 29, 1988 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

FREDERIC KANTOR & CO PC
45 W 36TH ST
7TH FL
NEW YORK, NEW YORK, 10018

**Chairman or Chief Executive Officer**

ANNIE LEIBOVITZ
C/O FREDERIC KANTOR & CO PC
45 W 36TH ST 7TH FL
NEW YORK, NEW YORK, 10018

**Principal Executive Office**

LEIBOVITZ STUDIO, INC.
C/O FREDERIC KANTOR & CO PC
45 W 36TH ST 7TH FL
NEW YORK, NEW YORK, 10018

**Registered Agent**

NONE

This office does not require or maintain information
regarding the names and addresses of officers,
shareholders or directors of a corporation.

**\*Stock Information**

**# of Shares  Type of Stock  $ Value per Share**

Case 1:09-cv-07696-HB   Document 1-2   Filed 09/04/09   Page 8 of 42

200            No Par Value

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| DEC 29, 1988 | Actual | LEIBOVITZ STUDIO, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results                              New Search

Division of Corporations, State Records and UCC Home Page     NYS Department of State Home Page

EXHIBIT 4

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: LAVAZZA PREMIUM COFFEES CORP.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | LAVAZZA PREMIUM COFFEES CORP. |
| **Initial DOS Filing Date:** | MAY 26, 1988 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
SCHNADER HARRISON SEGAL & LEWIS LLP
ATT: CYNTHIA G. FISCHER, ESQ.
140 BROADWAY, SUITE 3100
NEW YORK, NEW YORK, 10005

**Chairman or Chief Executive Officer**
ENNIO RANABOLDO
3 PARK AVE 28TH FLR
NEW YORK, NEW YORK, 10016

**Principal Executive Office**
LAVAZZA PREMIUM COFFEES CORP.
3 PARK AVE 28TH FLR
NEW YORK, NEW YORK, 10016

**Registered Agent**
NONE

This office does not require or maintain information
regarding the names and addresses of officers,
shareholders or directors of a corporation.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

**Name History**

| Filing Date | Name Type | Entity Name |
|---|---|---|
| MAY 26, 1988 | Actual | LAVAZZA PREMIUM COFFEES CORP. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results                              New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page

EXHIBIT 5

**From:**          Karen Mulligan [karenm@leibovitzstudio.com]
**Sent:**          Thursday, April 03, 2008 3:08 PM
**To:**            Studio Nap Nap
**Subject:**       scouting

Hi Paolo,

I am trying to confirm but it looks like Annie will come to Italy on April 14 and 15 to shoot background plates for the Lavazza calendar.

She would arrive on April 14, and shoot the Trevi Fountain and Ponte Milvio in Rome, and then go to Venice, and shoot Piazza San Marco on April 15.

Are you available to work with Annie?

Also, can we get permission for Annie to stand in the Trevi Fountain and shoot from that perspective?

Thanks!
Karen xx

EXHIBIT 6

**From:**              www.chadriley.com [chadriley@mac.com]
**Sent:**              Monday, April 21, 2008 1:43 PM
**To:**                paolo@studionap.com
**Subject:**           LEIBOVITZ :: FTP ::


Hello Paolo-

Thanks for doing this..

:::ANNIE'S FTP SITE:::
Server: urbaneden.net
User Name: als@urbaneden.net
Password: studio

Please email once you find the images...

# 9977  (this one is of fountain)
#0123 (this one is of Venice)


CR

EXHIBIT 7

**From:**          Karen Mulligan [karenm@leibovitzstudio.com]
**Sent:**          Friday, May 23, 2008 10:02 AM
**To:**            Paolo Pizzetti
**Subject:**       Re: Vogue Shoot

hi paolo, great news! yes, we will need you in September to help with all our production
if that is okay. have a great weekend. Karen

On May 23, 2008, at 3:50 AM, Paolo Pizzetti wrote:

> DEAR KAREN
>
> IT WILL BE A PLEASURE TO DO THE SCOUT IN VERONA FOR YOU, I WILL LET
> YOU KNOW WHEN I COULD POSSIBLY BE IN VERONA IN THE NEXT 2 WEEK AS SOON
> AS I CAN, AND I WILL BE WITH YOU IN SEPTEMBER IF  ANNIE WILL NEED MY
> HELP FOR THE SHOOT OR FOR ANYTHING ELSE!
>
> TANKS PAOLO
>
>
> Paolo Pizzetti
> paolo@studionap.com
> www.studionap.com
> +393482863970
>
>
>

EXHIBIT 8



studio nap s.r.l.

Via argelati 35
20143 milano
Tel. +390236534092 - Fax +3902353429
info@studionap.com
studionap.com
P.I. 05158380963
P.I. 05158380963

Spett.

ANNIE LEIBOVITZ STUDIO
755 greenwich street
10014 new york
usa

## *Fattura*

| | | | Codice Cliente 64 | | Valuta EUR |
|---|---|---|---|---|---|

| N° documento | Data | Partita IVA | Codice Fiscale | Condizioni pagamento |
|---|---|---|---|---|
| 54 | 17/06/2008 | | | Bonifico Bancario 30 GG. D.F. |

| Banca | Scadenza 1a |
|---|---|
| CARIPARMA E PIACENZA IBAN IT 58E0623001657000043379260 | |

| Descrizione | U. M. | Quantità | Prezzo | Sconto | Importo | IVA |
|---|---|---|---|---|---|---|
| TRIP MILAN/VENICE/ROME/MILAN | | 1 | 210,00 | | 210,00 | 20 |
| HOTEL VENICE/ROME | | 1 | 222,20 | | 222,20 | 20 |
| FOOD | | 1 | 183,50 | | 183,50 | 20 |
| SCOUTING | | 2 | 250,00 | | 500,00 | 20 |
| REF. LAVAZZA LOCATION | | | | | | 20 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Aliquota | Imponibile | Iva | Imponibile | Importo Iva | Totale |
|---|---|---|---|---|---|
| | | | € 1.115,70 | € 223,14 | **€ 1.338,84** |

Vettore

| Causale trasporto | Trasporto a mezzo | Porto | Aspetto beni | n Colli | Peso kg | Data ritiro | Ora ritiro |
|---|---|---|---|---|---|---|---|

Bonifico Bancario 30 GG. D.F.

Firma conducente                         Firma destinatario

EXHIBIT 9

**From:** Georgina Koren [georgina@leibovitzstudio.com]
**Sent:** Wednesday, July 30, 2008 3:09 PM
**To:** Paolo Pizzetti
**Cc:** Karen Mulligan
**Subject:** Shoot

Hi Paolo,
unfortunately the shoot is no longer happening in Italy, it is now happening in New York. We need to release your time for the shoot dates. Please send me your invoice for the scouting.

We look forward to working with you again in the future.

Thanks for everything.

Best,
Georgina

LEIBOVITZ STUDIO
755 Greenwich Street
New York, NY 10014
212 594 8400 T
212 594 8989 F

EXHIBIT 10

SEARCH
LAVAZZA SITES   LOGIN   REGISTER

2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 | 1996 | 1995 | 1994 | 1993

Ellen Von Unwerth     Erwin Olaf     Thierry Le Goues     Jean-Baptiste Mondino     David LaChapelle

## 2009 Lavazza Calendar



SAVE   SEND

Annie Leibovitz interprets Italian style in seven photographs featuring some of the icons that best represent Italian culture.
Discover the new 2009 Lavazza calendar
www.lavazza2009.com

**Cover**
January-February
March-April
May-June
July-August
September-October
November-December

| Photographer | Models | Location | The Italian Espresso Experience |
|---|---|---|---|
| Annie Leibovitz | Eva Riccobono | New York | |
| | Gilda Sansone | | |
| | Brooke and Alison Kowalski | | |
| | Kate Baflo | | |
| | Elettra Wiedemann | | |
| | Marco De Concilus | | |
| | Alessia Piovan | | |

Comment ( 12 )

United States disclaimer



SEARCH
AMAZON SITES    LOG IN    REGISTER

2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 | 1996 | 1995 | 1994 | 1993



## 2009 Lavazza Calendar

Annie Leibovitz interprets Italian style in seven photographs featuring some of the icons that best represent Italian culture.
Discover the new 2009 Lavazza calendar:
www.lavazza2009.com

Cover
**January-February**
March-April
May-June
July-August
September-October
November-December

♥ SAVE ✉ SEND

| Photographer | Models | Location |
| --- | --- | --- |
| Annie Leibovitz | Eva Riccobono | New York |
| | Gilda Sansone | |
| | Brooke and Alison Kowalski | |
| | Kate Batto | |
| | Elettra Wiedemann | |
| | Marco De Conciliis | |
| | Alessia Piovan | |

**The Italian Espresso Experience**

💬 Comment ( 12 )





2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 | 1996 | 1995 | 1994 | 1993

Elisa Von Unwerth          Erwin Olaf          Thierry Le Gouès          Jean-Baptiste Mondino          David LaChapelle

♥ SAVE ✉ SEND

## 2009 Lavazza Calendar

Annie Leibovitz interprets Italian style in seven
photographs featuring some of the icons that best
represent Italian culture.
Discover the new 2009 Lavazza calendar:
www.lavazza2009.com

**Cover**
**January-February**
**March-April**
**May-June**
**July-August**
**September-October**
**November-December**

| Photographer | Models | Location | The Italian Espresso Experience |
|---|---|---|---|
| Annie Leibovitz | Eva Riccobono | New York | |
| | Gilda Sansone | | |
| | Brooke and Alison Kowalski | | |
| | Kate Bello | | |
| | Elettra Wiedemann | | |
| | Merce De Concillis | | |
| | Alessie Piovan | | |

💬 Comment ( 12 )

News    Headquarter Info    Careers    SiteMap    Privacy    Credits                    United States

















SEARCH
LAVAZZA SITES LOG IN REGISTER

2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 | 1996 | 1995 | 1994 | 1993

Ellen Von Unwerth
Espresso Yourself
Erwin Olaf
Mission to Espresso
Thierry Le Gouès
Espresso and Glamour
Jean-Baptiste Mondino
Espresso and Fun
David LaChapelle

SAVE SEND

## 2009 Lavazza Calendar

Annie Leibovitz interprets Italian style in seven photographs featuring some of the icons that best represent Italian culture.

Discover the new 2009 Lavazza calendar:
www.lavazza2009.com

Cover
January-February
March-April
May-June
July-August
September-October
November-December

**Photographer**
Annie Leibovitz

**Models**
Eva Riccobono
Gilda Sansone
Brooke and Alison Kowalski
Kate Ballo
Elettra Wiedemann
Marco De Concilils
Alessia Piovan

**Location**
New York

The Italian Espresso Experience

Comment ( 12 )

News | Headquarter Info | Careers | Site Map | Privacy | Credits

United States

## 2009 Lavazza Calendar

Annie Leibovitz interprets Italian style in seven photographs featuring some of the icons that best represent Italian culture

Discover the new 2009 Lavazza calendar
www.lavazza2009.com

Cover
**January-February**
**March-April**
**May-June**
**July-August**
**September-October**
**November-December**

| Photographer | Models | Location |
|---|---|---|
| Annie Leibovitz | Eva Riccobono | New York |
| | Gilda Sansone | |
| | Brooke and Alison Kowalski | |
| | Kate Balio | |
| | Elettra Wiedemann | |
| | Marco De Concilis | |
| | Alessia Piovan | |

The Italian Espresso Experience

Comment ( 12 )



EXHIBIT 11





EXHIBIT 12



